IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:16-CV-0244-RWS-JDL |
| | § | |
| v. | § | |
| | § | |
| JASPER AMADI OGBONNA, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# FINAL JUDGMENT

Pursuant to the Court's Order Adopting the Report and Recommendation of the Magistrate Judge and Granting Defendant's Motion for Judgment on the Pleadings (Docket No. 30), the Court hereby enters Final Judgment and **ORDERS** as follows:

1. Defendant Jasper Amadi Ogbonna's December 23, 2006 naturalization is revoked, and the Certificate of Naturalization No. 31620714 issued to Mr. Ogbonna is cancelled. Mr. Ogbonna is no longer a naturalized United States citizen.

2. Mr. Ogbonna is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship based on his December 23, 2008 naturalization.

3. Mr. Ogbonna is forever restrained and enjoined from claiming or exercising any rights, privileges, or advantages of United States citizenship under any document that evidences United States citizenship based on his December 23, 2008 naturalization.

4. Mr. Ogbonna shall immediately surrender and deliver to the United States Attorney General his original Certificate of Naturalization No. 31620714, any United States

passport issued to him, and any other indicia of United States citizenship, including any copies thereof, in his possession or control. Mr. Ogbonna shall immediately make good faith efforts to recover and then surrender to the United States Attorney General any and all of the above-described items that he knows are in the possession of others.

     5.    Mr. Ogbonna shall deliver the items described above (his original Certificate of Naturalization, his original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address: Timothy Michael Belsan, United States Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044.

**SIGNED this 7th day of April, 2017.**

*Robert W Schroeder III* (signature)
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE